# SPRING SESSIONS,

## 1903.

———•———

GEORGE W. MOORE, d. b. a., *vs.* C. H. PEARSON PACKING COM-
PANY, a corporation of the State of Maryland, p. b. r.

*Appeal; Trial of at First Term—Statute—Trial List—Practice.*

The statute, (*Rev. Code, Chap. 99, Sec. 26, page 755,*) provides that the trial
shall be had, in appeal cases, at the first term. Thé appeal should be placed, there-
fore, upon the trial list at the first term after filing of the transcript, and be tried then
unless continued by the Court for cause.

*(April 27, 1903.)*

LORE, C. J., and SPRUANCE and BOYCE, J. J., sitting.

*Richard R. Kenney* and *Arley B. Magee* for defendant below
appellant.

*Henry Ridgely, Jr.,* for plaintiff below respondent.

Superior Court, Kent County, April Term, 1903.

APPEAL from a judgment rendered by a Justice of the
Peace (No. 15, April Term, 1903). The transcript was filed
between the adjournment of the October Term, 1902, and the
beginning of the April Term, 1903, and the case was placed upon
the trial list for said April Term. Counsel for plaintiff contended
that the case should not be placed on the trial list, it being the
first term after the filing of the transcript, and that this being the
appearance term the case was not at issue and they, therefore,
asked that it be continued until the next term.

*Mr. Ridgely* opposed the application, contending that the case

was properly on the trial list, and that the first term after the filing of the transcript was the trial term in appeal cases, as provided by the statute.

LORE, C. J.:—The statute (*Rev. Code, Chap. 99, Sec. 26, p. 755,*) provides that "the trial shall be had at the first term." The appeal should be placed, therefore, upon the trial list at the first term after the filing of the transcript and be tried then unless continued by the Court for cause. As the counsel for plaintiff below, respondent asks for a trial, and no legal ground for continuance has been laid, and it being properly placed upon the trial list, we hold that it must be tried at this term.